PHILLIP A. TALBERT
Acting United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail: Rachel.Davidson@usdoj.gov
Telephone: (916) 554-2700

Attorneys for the Internal
Revenue Service and the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BROMAN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JENNY L. MARTIN, also known as JENNY MARTIN; RICHARD MARTIN; INTERNAL REVENUE SERVICE; STATE OF CALIOFORNIA, EMPLOYMENT DEVELOPMENT DEPARTMENT LIEN GROUP; and DOES 1-50, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.  2:23−CV−01936−MCE−AC<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

　　　　Pursuant to the parties' stipulation, and good case appearing, the Court grants the parties' request to extend Defendants' responsive pleading deadline to Plaintiff's amended complaint until December 20, 2023.

　　　　IT IS SO ORDERED.

Dated:  November 14, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Order re Stipulation to Extend Answer to Amended Complaint                    1