1  PHILLIP A. TALBERT
   Acting United States Attorney
2  RACHEL R. DAVIDSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  E-mail: Rachel.Davidson@usdoj.gov
   Telephone: (916) 554-2700
5
   Attorneys for the Internal
6  Revenue Service and the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RAYMOND BROMAN, | CASE NO. 2:23−CV−01936−MCE−AC |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |
| v. | |
| JENNY L. MARTIN, also known as JENNY MARTIN; RICHARD MARTIN; INTERNAL REVENUE SERVICE; STATE OF CALIOFORNIA, EMPLOYMENT DEVELOPMENT DEPARTMENT LIEN GROUP; and DOES 1-50, inclusive, | |
| Defendants. | |

Pursuant to the parties' stipulation, and good case appearing, the Court grants the parties' request to extend Defendants' responsive pleading deadline to Plaintiff's Second Amended Complaint until July 25, 2024.

IT IS SO ORDERED.

Dated:  June 5, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE