1   Carlos A. Alvarez (State Bar No. 143839)
    Jill K. Cohoe (State Bar No. 296844)
2   STEYER LOWENTHAL BOODROOKAS
     ALVAREZ & SMITH LLP
3   235 Pine Street, 15th Floor
    San Francisco, California 94104
4   Telephone:    (415) 421-3400
    Facsimile:    (415) 421-2234
5   E-mail:       calvarez@steyerlaw.com
                  jcohoe@steyerlaw.com
6
7   Attorneys for Plaintiff Raymond Broman

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  RAYMOND BROMAN,                    Case No. 2:23−CV−01936−MCE−AC
                                       Hon. Morrison C. England, Jr.
12              Plaintiff,
                                       **ORDER GRANTING PLAINTIFF'S**
13       v.                            **MOTION FOR LEAVE TO AMEND**
                                       **DECLARATORY RELIEF CLAIM AND**
14  JENNY L. MARTIN, RICHARD           **FILE PROPOSED THIRD AMENDED**
    MARTIN, INTERNAL REVENUE           **COMPLAINT**
15  SERVICE, STATE OF CALIFORNIA,
    EMPLOYMENT DEVELOPMENT
16  DEPARTMENT LIEN GROUP,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND DECLARATORY RELIEF CLAIM
AND FILE PROPOSED THIRD AMENDED COMPLAINT

                                                    CASE NO. 2:23−CV−01936−MCE−AC

2095580.1 - NATC.BROMAN

1    The Court, having considered plaintiff Raymond Broman's ("Plaintiff") Motion for Leave

2   to Amend Declaratory Relief Claim and File Proposed Third Amended Complain (ECF 25) and

3   the Statement of Non-Opposition filed by defendants the Internal Revenue Service and California

4   Employment Development Department, orders as follows:

5    Plaintiff's Motion is granted.  Plaintiff shall file and serve his proposed Third Amended

6   Complaint within ten (10) days of electronic filing of this Order.

7    IT IS SO ORDERED.

8   Dated:  June 17, 2024

9

10   MORRISON C. ENGLAND, JR.
    SENIOR UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND DECLARATORY RELIEF CLAIM
AND FILE PROPOSED THIRD AMENDED COMPLAINT

CASE NO. 2:23−CV−01936−MCE−AC

2095580.1 - NATC.BROMAN