UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BROMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>JENNY L. MARTIN, also known as JENNY MARTIN; RICHARD MARTIN; INTERNAL REVENUE SERVICE; STATE OF CALIFORNIA, EMPLOYMENT DEVELOPMENT DEPARTMENT LIEN GROUP; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.:   2:23-cv-01936-DJC-AC<br><br>**ORDER GRANTING MOTION FOR A STAY OF THE CURRENT DEADLINES IN LIGHT OF CURRENT LAPSE OF APPROPRIATIONS** |

1 | Before the Court is the United States' Motion Requesting a Stay of Current Deadlines in Light of Current Lapse of Appropriations. For the reason stated in the motion and for good cause shown,

1. The United States' Motion (ECF No. 54) is GRANTED.
2. The case deadlines are hereby STAYED.
3. The United States shall file a request to lift the stay immediately after Congress has restored appropriations to the Department of Justice.
4. The parties shall thereafter confer and advise the Court whether the Scheduling Order (ECF No. 49) should be modified.

IT IS SO ORDERED.

Dated:  October 2, 2025                    /s/ Daniel J. Calabretta
                                           THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE