IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BROMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JENNY L. MARTIN, also known as JENNY MARTIN; RICHARD MARTIN; INTERNAL REVENUE SERVICE; STATE OF CALIFORNIA, EMPLOYMENT DEVELOPMENT DEPARTMENT LIEN GROUP; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:23−CV−01936−DJC−AC<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES** |

Before the Court is the Joint Motion for Extension of Deadlines. For the reason stated in the motion and for good cause shown,

1. The Motion is GRANTED.
2. The case deadlines are hereby by 90 days as follows:
   a. Fact Discovery: 3/20/2026
   b. Expert Disclosures and Reports: 6/1/2026
   c. Rebuttal Expert Disclosures and Reports: 6/29/2026
   d. Expert Discovery: 7/31/2026
   e. Disposition Motions: 8/28/2026
   f. Hearing for Dispositive Motions: 10/8/2026, at 1:30 PM
   g. Final Pretrial Conference: 1/28/2027, at 1:30 PM
   h. Trial: 3/29/2027, at 9:00 AM

IT IS SO ORDERED.

Dated: November 19, 2025    /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE