BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

ALICE Y. LEE (D.C. Bar #1724949)
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-307-5963
202-307-0054 (f)
Alice.Lee@usdoj.gov
Attorney for the United States

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

RAYMOND BROMAN,

    Plaintiff,

    v.

JENNY L. MARTIN, ET AL.,

    Defendants.

Case No.:    2:23−CV−01936−DJC−AC

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE**

1

ORDER GRANTING JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE

# **ORDER**

Before the Court is the Joint Motion for Extension of Discovery Deadline. For the reasons stated in the motion and for good cause shown,

1. The Motion is GRANTED.

2. The discovery deadline is hereby extended by 60 days, with the remaining deadlines staying the same, as follows:

a. Fact Discovery: **5/19/2026** (new deadline)

b. Expert Disclosures and Reports: 6/1/2026

c. Rebuttal Expert Disclosures and Reports: 6/29/2026

d. Expert Discovery: 7/31/2026

e. Disposition Motions: 8/28/2026

f. Hearing for Dispositive Motions: 10/8/2026, at 1:30 PM

g. Final Pretrial Conference: 1/28/2027, at 1:30 PM

h. Trial: 3/29/2027, at 9:00 AM

IT IS SO ORDERED.

Dated:  March 20, 2026                    /s/ Daniel J. Calabretta
                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                        UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE